UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

RICHARD MICHAEL CUSTER,

       Plaintiff

v.                                Civil Action No.: 2:08-923

MOUNT OLIVE CORRECTIONAL
COMPLEX EMPLOYEES and
DAVID BALLARD,
Warden, Mount Olive
Correctional Complex, and
LT. JAMES MCCLOUD and
LT. ROGERS and
KEVIN PHILLIPS and
JASON BRAGG and
JESSICA MILLER and
SANDY SPARKS OLIVER and
LAW LIBRARIAN HOSEY and
LAW LIBRARIAN LAWRENCE and
CHERYL CHANDLER,

       Defendants

### MEMORANDUM OPINION AND ORDER

This action was previously referred to Mary E. Stanley, United States Magistrate Judge, who has submitted her Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on August 7, 2008.

The magistrate judge recommends dismissal of plaintiff's complaint for failure to state a claim upon which relief could be granted. The magistrate judge further recommends that plaintiff's two Applications to Proceed Without Prepayment of Fees and Costs be denied. The plaintiff has not objected to the Proposed Findings and Recommendation. The court concludes the recommended disposition is correct.

Accordingly, it is ORDERED that:

1. The Proposed Findings and Recommendation be, and it hereby is, adopted by the court;

2. Plaintiff's two Applications to Proceed Without Prepayment of Fees and Costs be, and they hereby are, denied; and

3. This action be, and it hereby is, dismissed under 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to forward copies of this written opinion and order to the pro se plaintiff, all counsel of record, and the United States Magistrate Judge.

DATED: October 6, 2008

John T. Copenhaver, Jr.
United States District Judge